# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :
                                        :        No. 25-cv-1514
STANLEY ARISTILDE                       :

## O R D E R

**AND NOW**, this 13th day of May, 2025, upon consideration of Plaintiff Stanley Aristilde's Motion to Proceed *In Forma Pauperis* (ECF No. 12), and *pro se* Complaint (ECF No. 13) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Clerk of Court is **DIRECTED** to **AMEND** the caption to add Jane Doe as a Defendant.

4. The Complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for the reasons in the Court's Memorandum.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*

**JOSEPH F. LEESON, JR.**
**United States District Judge**